JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. SWAN,<br><br>           Plaintiff(s),<br><br>           v.<br><br>TRUDY SARGENT, et al.,<br><br>           Defendant(s). | Case No. CV 12-5235 FMO (FMOx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the Notice of Settlement filed on August 18, 2013, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **15 days from the filing date of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated this 17 day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge