JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. SWAN, | Case No. CV 12-5235 FMO (FMOx) |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| TRUDY SARGENT, et al., | |
| Defendant(s). | |

Pursuant to the Notice of Settlement filed on August 18, 2013, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **15 days from the filing date of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated this 17 day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge